file a brief as *amicus curiae* granted.   Certiorari granted.

No. 95–1101.   WILSON *v.* WASHINGTON.   Super. Ct. Wash., King County.   Certiorari denied.

No. 95–1286.   BAKKER ET AL. *v.* FEDERAL DEPOSIT INSURANCE CO., RECEIVER FOR HANSEN SAVINGS BANK, SLA.   C. A. 11th Cir.   Certiorari denied.

No. 95–1328.   FIRST NATIONAL BANK & TRUST, WIBAUX, MONTANA, ET AL. *v.* COMPTROLLER OF THE CURRENCY.   C. A. 9th Cir.   Certiorari denied.

No. 95–1349.   MORALES *v.* INDUSTRIAL COMMISSION OF ARIZONA ET AL.   Ct. App. Ariz.   Certiorari denied.

No. 95–1351.   BLYTHEVILLE SCHOOL DISTRICT No. 5 ET AL. *v.* HARVELL ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 95–1393.   WILEMAN BROTHERS & ELLIOTT, INC., ET AL. *v.* GLICKMAN, SECRETARY OF AGRICULTURE.   C. A. 9th Cir.   Certiorari denied.

No. 95–1395.   CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND ET AL. *v.* PATHOLOGY LABORATORIES OF ARKANSAS.   C. A. 7th Cir.   Certiorari denied.

No. 95–1406.   BAKER ET AL. *v.* HADLEY, COLUMBIANA COUNTY AUDITOR.   C. A. 6th Cir.   Certiorari denied.

No. 95–1413.   BIERI ET VIR *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 95–1427.   RYE PSYCHIATRIC HOSPITAL CENTER, INC. *v.* SURLES, NEW YORK COMMISSIONER OF MENTAL HEALTH, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 95–1445.   UNITED STATES EX REL. FINE *v.* CHEVRON U. S. A. INC. ET AL.   C. A. 9th Cir.   Certiorari denied.